

# Fourth Court of Appeals
## San Antonio, Texas

July 23, 2015

No. 04-14-00709-CR

Francisco Javier **GONZALEZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR9697
Honorable Ray Olivarri, Judge Presiding

# O R D E R

    The Appellant's Motion for Extension of Time to File Reply Brief is hereby GRANTED. The Appellant's reply brief is due August 3, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of July, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court